UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Quinton A. Cage

               Plaintiff,

v.                                       Case No.: 3:17–cv–01214

Madu Nwozo, et al.

               Defendant,

## **ENTRY OF JUDGMENT**

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 10/26/2017 re [14].

                                                                 Keith Throckmorton, Clerk
                                                                s/ Dalaina Thompson, Deputy Clerk